# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RASUL MUHAMMAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:19-cv-07244 |
| v. ) | |
| ) | Judge Robert M. Dow Jr. |
| PROVIDENCE BANK & TRUST, ) | Magistrate Judge Young B. Kim |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rasul Muhammad and Defendant PROVIDENCE BANK & TRUST, by and through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of the instant action, without costs and attorney's fees except as more fully set forth in their Confidential Settlement Agreement and General Release.

STIPULATED AND AGREED:

| | |
|---|---|
| s/ *R. Joseph Kramer* | s/ *W. Scott Porterfield* |
| R. Joseph Kramer | W. Scott Porterfield |
| KRAMER INJURY LAW LLC | Barack Ferrazzano Kirschbaum & Nagelberg LLP |
| 225 W. Washington Street, Ste. 2200 | 200 West Madison Street, Suite 3900 |
| Chicago, IL 60606 | Chicago, IL 60606 |
| Phone: (312) 775-1012 | Phone: (312) 984-3202 |
| joe@rjklawyer.com | scott.porterfield@bfkn.com |
| *Attorney for Plaintiff Muhammad* | *Attorney for PROVIDENCE BANK & TRUST* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record entitled to service via the Court's CM/ECF Filing System on February 7, 2020.

/s/ R. Joseph Kramer
R. Joseph Kramer